**SIRI & GLIMSTAD LLP**
Kyle McLean (SBN 330580)
E: kmclean@sirillp.com
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Tel: (213) 376-3739
Fax: (646) 417-5967

Mason A. Barney (*pro hac vice*)
E: mbarney@sirillp.com
Steven D. Cohen (*pro hac vice*)
E: scohen@sirillp.com
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
Fax: (646) 417-5967

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION**

| | |
|---|---|
| SERGIO ORTEGA and LEQUEINT COLE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HERITAGE PROVIDER NETWORK, INC., REGAL MEDICAL GROUP, INC., LAKESIDE MEDICAL ORGANIZATION, A MEDICAL GROUP, INC., ADOC ACQUISITION CO., A MEDICAL GROUP, INC., GREATER COVINA MEDICAL GROUP INC., ARIZONA HEALTH ADVANTAGE, INC. d/b/a ARIZONA PRIORITY CARE, AND AZPC CLINICS, LLC,<br><br>Defendants. | Case No. 23-cv-00331-AB(SPx) |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, through their undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendants. Defendants have not filed an Answer nor moved for summary judgment.

1

Accordingly, voluntary dismissal without prejudice is appropriate under the voluntary dismissal procedures of F.R.C.P. 41(a)(1)(A)(i).

Dated: March 27, 2023

    /s/Kyle McLean
**SIRI & GLIMSTAD LLP**
Kyle McLean (SBN 330580)
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Tel: (213) 376-3739
E: kmclean@sirillp.com

Mason A. Barney (*pro hac vice*)
Steven D. Cohen (*pro hac vice*)
745 5th Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: scohen@sirillp.com
E: mbarney@sirillp.com

*Attorneys for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I served a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

Dated: March 27, 2023

                                      /s/Kyle McLean
                                      Kyle McLean

NOTICE OF VOLUNTARY DISMISSAL